UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOYLE JR., JOHN HENRY | § | Case No. 10-28342 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   KENNETH S. GARDNER
   CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/19/2012 in Courtroom 680,
   United States Courthouse
   219 South Dearborn Street
   Chicago, Illinois 606054

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/24/2012                  By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 10-28342-JPC
John Henry Doyle                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: kseldon         Page 1 of 3            Date Rcvd: Jun 18, 2012
                            Form ID: pdf006       Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2012.
```
db         +John Henry Doyle, Jr.,   PO Box 1594,    Evanston, IL 60204-1594
15759457   +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16543756    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15759451   +Ashley Stewart/WFNNB,    Attn: Bankruptcy Dept.,    220 W Schrock Rd,    Westerville, OH 43081-2873
15759449   +Barclays Bank Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
15759448  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
15759460   +Chase,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15759441   +Chase,   Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth, TX 76101-2039
16284669    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15759464   +Clerk, First Mun Div,    Doc# 10-M1-123994,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
15759466    Dell Financial Services,    Bankruptcy Department,    12334 N IH 35,    Austin, TX 78753
15759442   +Elaine Doyle,    8343 S. Kingston Ave.,    Chicago, IL 60617-1911
15759440   +Elaine Doyle,    8154 S. Manistee Ave.,    Chicago, IL 60617-1314
15759443   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15759444   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15759459   +HSBC Bank,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15759453   +Home Depot Credit Svc/Citicard,    Attn: Bankruptcy Dept.,    Po Box 6497,
             Sioux Falls, SD 57117-6497
15759454   +Home Depot Credit Svc/Citicard,    Bankruptcy Department,    PO Box 20483,
             Kansas City, MO 64195-0483
15759447   +Macy's/DSNB,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
15759463   +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5571
15759446   +Roomplace/WFNNB,    Attn: Bankruptcy Dept.,    Po Box 2974,    Shawnee Mission, KS 66201-1374
15759445   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15759439  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
             MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept.,
             8480 Stagecoach Cir,    Frederick, MD 21701)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16245090     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 11:35:33     American Infosource Lp As Agent for Wfnnb,    PO Box 248872,    Oklahoma City, OK  73124-8872
15759436   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 19 2012 04:22:30      Armor Systems Co.,
             Attn: Bankruptcy Dept.,    1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
16311817     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 04:45:52     Capital One Bank (USA), N.A.,
             by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
15759458   +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:45      Empire/GEMB,
             Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
16591016     E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2012 04:17:14     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15759455     E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:45     Lowes/GEMB,
             Attn: Bankruptcy Dept.,    Po Box 103065,    Roswell, GA 30076
16252312   +E-mail/Text: bncmail@w-legal.com Jun 19 2012 05:55:32      PHARIA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16586673   +E-mail/Text: resurgentbknotifications@resurgent.com Jun 19 2012 02:34:09
             PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
15759452   +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:37      QVC/GEMB,    Attn: Bankruptcy Dept.,
             Po Box 971402,    El Paso, TX 79997-1402
15759450   +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:45      Sam's Club/GEMB,
             Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
15759438   +E-mail/Text: resurgentbknotifications@resurgent.com Jun 19 2012 02:34:09      Wal-Mart/GEMB,
             C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15759461*   +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16543757*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15759437*   +Armor Systems Co.,    Attn: Bankruptcy Dept.,    1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
15759462*   +Chase,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15759465*   +HSBC Bank,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15759456*   +Sam's Club/GEMB,    Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
                                                                                    TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: kseldon              Page 2 of 3            Date Rcvd: Jun 18, 2012
                              Form ID: pdf006            Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon              Page 3 of 3              Date Rcvd: Jun 18, 2012
                              Form ID: pdf006            Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2012 at the address(es) listed below:

```
              Barry A Chatz      bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Mario M Arreola    on behalf of Debtor John Doyle ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor John Doyle ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

Case 10-28342    Doc 26    Filed 06/18/12    Entered 06/20/12 23:40:09    Desc Imaged
Certificate of Notice    Page 4 of 4