UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DOYLE JR., JOHN HENRY § Case No. 10-28342
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____ By:/s/BARRY A. CHATZ_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Attn: Bankruptcy Dept. Po Box 901039 Fort Worth TX 76101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Dell Financial Services Bankruptcy Department 12334 N IH 35 Austin TX 78753 | | | | | |
| | 3 Wells Fargo Home Mortgage Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Empire/GEMB Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| | 11 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 12 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 13 Home Depot Credit Svc/Citicard Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 14 HSBC Bank Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 15 HSBC Bank Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 16 Lowes/GEMB Attn: Bankruptcy Dept. Po Box 103065 Roswell GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 Macy's/DSNB Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 18 QVC/GEMB Attn: Bankruptcy Dept. Po Box 971402 El Paso TX 79997 | | | | | |
| | 19 Roomplace/WFNNB Attn: Bankruptcy Dept. Po Box 2974 Shawnee Mission KS 66201 | | | | | |
| | 2 American Express Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 20 Sam's Club/GEMB Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |
| | 21 Sam's Club/GEMB Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |
| | 22 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Wal-Mart/GEMB C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| 3 | Armor Systems Co. Attn: Bankruptcy Dept. 1700 Kiefer Dr Ste 1 Zion IL 60099 | | | | | |
| 4 | Armor Systems Co. Attn: Bankruptcy Dept. 1700 Kiefer Dr Ste 1 Zion IL 60099 | | | | | |
| 5 | Ashley Stewart/WFNNB Attn: Bankruptcy Dept. 220 W Schrock Rd Westerville OH 43081 | | | | | |
| 6 | Barclays Bank Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 | | | | | |
| 7 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 8 | Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | Clerk, First Mun Div Doc# 10-M1-123994 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Home Depot Credit Svc/Citicard Bankruptcy Department PO Box 20483 Kansas City MO 64195 | | | | | |
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | AMERICAN INFOSOURCE LP FOR WFNNB | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | GE MONEY BANK | | | | | |
| 000002 | PHARIA L.L.C. | | | | | |
| 000007 | PYOD LLC AS ASSIGNEE OF CITIBANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-28342 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DOYLE JR., JOHN HENRY | | | Date Filed (f) or Converted (c): | 06/24/10 (f) |
| | | | | 341(a) Meeting Date: | 08/20/10 |
| For Period Ending: | 03/05/13 | | | Claims Bar Date: | 01/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8343 S. Kingston Ave., Chicago, IL 60617 (Debtor's | 52,970.00 | 0.00 | OA | 0.00 | FA |
| 2. Chase - checking - no balance kept | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Chase - saving - no balance kept | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 5. Dell - computer | 500.00 | 500.00 | OA | 0.00 | FA |
| 6. Books, CDs, tapes, DVDs, family pictures | 80.00 | 80.00 | OA | 0.00 | FA |
| 7. Necessary wearing apparel | 200.00 | 200.00 | OA | 0.00 | FA |
| 8. Watches, costume jewelry | 50.00 | 50.00 | OA | 0.00 | FA |
| 9. Term life insurance through work - no cash surrend | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Pension w/ employer - 100% exempt | 50,000.00 | 50,000.00 | OA | 0.00 | FA |
| 11. 2005 Cadillac CTS | 10,000.00 | 10,000.00 | OA | 3,000.00 | FA |
| 12. 1997 Ford Explorer | 450.00 | 450.00 | OA | 0.00 | FA |
| 13. 2005 Scion xB | 3,500.00 | 3,500.00 | OA | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | OA | 0.56 | FA |
| TOTALS (Excluding Unknown Values) | $118,750.00 | $65,780.00 | | $6,500.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD HIS RIGHT, TITLE AND INTEREST TO VEHICLES OWNED BY DEBTOR TO THE DEBTOR; ALL PAYMENTS MADE; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 06/30/20     Current Projected Date of Final Report (TFR): 06/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.01

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28342 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DOYLE JR., JOHN HENRY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6728 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1398 | | |
| For Period Ending: | 03/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/16/10 | 13 | JOHN HENRY DOYLE, JR. | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,500.00 | | 3,500.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 3,500.04 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,500.13 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,500.22 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 3.02 | 3,497.20 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.23 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.29 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.32 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.35 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.38 |
| 08/18/11 | 11 | JOHN HENRY DOYLE, JR. 8343 S. KINGSTON AVENUE CHICAGO, IL 60617-1911 | ASSET SALES | 1129-000 | 300.00 | | 3,797.38 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,797.41 |
| 09/12/11 | 11 | JOHN HENRY DOYLE, JR. 8343 SOUTH KINGSTON AVENUE CHICAGO, IL 60617-1911 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 300.00 | | 4,097.41 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,097.44 |
| 10/18/11 | 11 | JOHN H. DOYLE, JR. 8343 SOUTH KINGSTON AVENUE CHICAGO, IL 60617-1911 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 300.00 | | 4,397.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,397.48 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.36 | 4,392.12 |
| 11/14/11 | 11 | JOHN HENRY DOYLE 8343 S. KINGSTON AVENUE CHICAGO, IL 60617 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 300.00 | | 4,692.12 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,692.16 |

Page Subtotals 4,700.54 8.38

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28342 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DOYLE JR., JOHN HENRY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6728  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1398 | | | |
| For Period Ending: | 03/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.59 | 4,686.57 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,686.59 |
| 12/20/11 | | Transfer to Acct #*******7691 | Final Posting Transfer | 9999-000 | | 4,686.59 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,700.56 | 4,700.56 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,686.59 | |
| Subtotal | 4,700.56 | 13.97 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,700.56 | 13.97 | |

Page Subtotals          0.02          4,692.18

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28342 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DOYLE JR., JOHN HENRY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7691 BofA - Checking Account |
| Taxpayer ID No: | *******1398 | | |
| For Period Ending: | 03/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******6728 | Transfer In From MMA Account | 9999-000 | 4,686.59 | | 4,686.59 |
| 01/06/12 | 11 | John Henry Doyle | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 600.00 | | 5,286.59 |
| | | 8343 s. Kingston Avenue | | | | | |
| | | Chicago, IL 60617-1911 | | | | | |
| 01/20/12 | | Transfer to Acct #*******4307 | Bank Funds Transfer | 9999-000 | | 5,286.59 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,286.59 | 5,286.59 | 0.00 |
| Less: Bank Transfers/CD's | | 4,686.59 | 5,286.59 | |
| Subtotal | | 600.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 600.00 | 0.00 | |

Page Subtotals 5,286.59 5,286.59

Ver: 17.01

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28342 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | DOYLE JR., JOHN HENRY | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4307 Checking Account |
| Taxpayer ID No: | *******1398 | | |
| For Period Ending: | 03/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7691 | Bank Funds Transfer | 9999-000 | 5,286.59 | | 5,286.59 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM<br>PRO RATA PORTION OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | 5.50 | 5,281.09 |
| 02/24/12 | 11 | JOHN H. DOYLE, JR.<br>8343 S. KINGSTON AVE.<br>CHICAGO, IL 60617 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 400.00 | | 5,681.09 |
| 03/30/12 | 11 | JOHN HENRY DOYLE<br>8343 SOUTH KINGSTON AVENUE<br>CHICAGO, IL 60617-1911 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 400.00 | | 6,081.09 |
| 05/16/12 | 11 | JOHN HENRY DOYLE, JR.<br>8343 S. KINGSTON AVENUE<br>CHICAGO, IL 60617-1911 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 400.00 | | 6,481.09 |
| 07/19/12 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,450.90 | 5,030.19 |
| | | | Fees           1,400.06 | 2100-000 | | | |
| | | | Expenses          50.84 | 2200-000 | | | |
| 07/19/12 | 003003 | AMERICAN INFOSOURCE LP FOR WFNNB<br>PO BOX 248872<br>OKLAHOMA CITY, OK 73124-8872 | Claim 000001, Payment 20.30% | 7100-000 | | 191.43 | 4,838.76 |
| 07/19/12 | 003004 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 20.30% | 7100-000 | | 304.55 | 4,534.21 |
| 07/19/12 | 003005 | CHASE BANK USA, N.A.<br>PO BOX 15145 | Claim 000003, Payment 20.30% | 7100-000 | | 1,824.44 | 2,709.77 |
| | | | Page Subtotals | | 6,486.59 | 3,776.82 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 10-28342 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DOYLE JR., JOHN HENRY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4307 Checking Account |
| Taxpayer ID No: | *******1398 | | | |
| For Period Ending: | 03/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WILMINGTON, DE 19850-5145 | | | | | |
| 07/19/12 | 003006 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248839<br>OKLAHOMA CITY, OK 73124-8839 | Claim 000004, Payment 20.30% | 7100-000 | | 101.51 | 2,608.26 |
| 07/19/12 | 003007 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000005, Payment 20.30% | 7100-000 | | 1,515.44 | 1,092.82 |
| 07/19/12 | 003008 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000006, Payment 20.30% | 7100-000 | | 639.69 | 453.13 |
| * 07/19/12 | 003009 | PYOD LLC AS ASSIGNEE OF CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000007, Payment 20.30% | 7100-003 | | 263.14 | 189.99 |
| 07/19/12 | 003010 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000008, Payment 20.30% | 7100-000 | | 189.99 | 0.00 |
| * 01/29/13 | 003009 | PYOD LLC AS ASSIGNEE OF CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000007, Payment 20.30%<br>STOP PAYMENT AND RE-ISSUE TO COURT | 7100-003 | | -263.14 | 263.14 |
| 01/29/13 | 003011 | PYOD LLC AS ASSIGNEE OF CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | | 7100-000 | | 263.14 | 0.00 |

Page Subtotals    0.00    2,709.77

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-28342 |
| Case Name: | DOYLE JR., JOHN HENRY |
| Taxpayer ID No: | *******1398 |
| For Period Ending: | 03/05/13 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4307  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,486.59 | 6,486.59 | 0.00 |
| Less: Bank Transfers/CD's | 5,286.59 | 0.00 | |
| Subtotal | 1,200.00 | 6,486.59 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,200.00 | 6,486.59 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6728 | 4,700.56 | 13.97 | 0.00 |
| BofA - Checking Account - ********7691 | 600.00 | 0.00 | 0.00 |
| Checking Account - ********4307 | 1,200.00 | 6,486.59 | 0.00 |
| | 6,500.56 | 6,500.56 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*